THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM B. OSTERHOUT, Appellant, *v.* WILLIAM WILLIAMS, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Respondent.

*People ex rel. Osterhout* v. *Williams*, 173 App. Div. 981, affirmed. (Submitted June 4, 1917; decided June 15, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 12, 1916, which affirmed an order of Special Term denying a motion for a writ of mandamus to compel defendant to reinstate the relator in the position of assistant engineer. The relator, an exempt volunteer fireman, was suspended and his name sent to the municipal civil service commission to be placed upon the preferred list, to take effect January 1, 1915. Such suspension, together with that of a large number of other assistant engineers, and other members of the engineering force of the department of water supply, was due to lack of work and the failure of the board of estimate and apportionment and the board of aldermen to make appropriations for construction work in the department of water supply, and to make an appropriation for the relator's salary for the year 1915. Relator claimed that others who were not veterans were retained in positions similar to his, and that he should have been transferred to one of such positions.

*Joseph M. Proskauer* and *Burgess Osterhout* for appellant.

*Lamar Hardy, Corporation Counsel* (*Terence Farley* and *Elliot S. Benedict* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ.